Alissa M. Mellem
William T. Casey
PARSONS BEHLE & LATIMER
127 E. Main Street, Suite 301
Missoula, MT 59802
Telephone: (406) 317-7220
amellem@parsonsbehle.com
wcasey@parsonsbehle.com
*Attorneys for Plaintiff*

James A. Patten
Justin M. Oliveira
PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC
2817 2nd Avenue North, Suite 300
PO Box 1239
Billings, MT 59103
apatten@ppbglaw.com
joliveira@ppbglaw.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| MADER CORPORATION,<br><br>    *Plaintiff*,<br>v.<br><br>M.K. WEEDEN CONSTRUCTION, INC.,<br><br>    *Defendant*. | CV-23-75-GF-JTJ<br><br>**JOINT MOTION FOR ENTRY OF JUDGMENT** |

The parties respectfully request that the Court enter judgment in favor of Plaintiff Mader Corporation against Defendant M.K. Weeden Construction, Inc., in

1

the amount of $195,068.75, plus post-judgment interest pursuant to 28 U.S.C. § 1961. Defendant agrees to waive its right to appeal the judgment. The parties further agree that each party shall bear its own costs and attorney fees. A proposed order is submitted along with this motion.

DATED: November 27, 2024.

                PARSONS BEHLE & LATIMER
                *Attorneys for Plaintiff*

                */s/ William T. Casey*
                William T. Casey

                PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC
                *Attorneys for Defendant*

                */s/ Justin M. Oliveira*
                Justin M. Oliveira

4884-2034-5082

## Certificate of Service

I certify that all parties entitled to service of this document are registered with the Court's CM/ECF system and will be served upon filing.

/s/ *William T. Casey*
William T. Casey

4884-2034-5082