UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MADER CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>M.K. WEEDEN CONSTRUCTION, INC.,<br><br>　　　　　　Defendant. | Case No. CV-23-075-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED The Joint Motion for Entry of Judgment is GRANTED.

Dated this 27th day of November, 2024.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ Kevin Cook
　　　　　　　　　　　　Kevin Cook, Deputy Clerk